1038

*Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Webster, J.

[No. 36065-5-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HENRY TOLLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04638-8, James A. Noe, J., entered January 13, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36342-5-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. B.L., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-8-01030-1, Joseph A. Thibodeau, J., entered April 7, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36404-9-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-8-01769-3, Gerald L. Knight, J., entered March 20, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 36449-9-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE SUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04555-1, Richard M. Ishikawa, J., entered March 27, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.